UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* <br><br> Plaintiffs, <br><br> v. <br><br> ABZ STEEL FABRICATION, L.L.C., <br> d/b/a ABZ STEEL FABRICATING, <br> d/b/a ABZ STEEL FAB., <br> d/b/a ABZ STEEL FAB <br><br> Defendant. | Civil Action No. 1:05cv01899 |

**AFFIDAVIT OF SERVICE**
**ON DEFENDANT ABZ STEEL FABRICATION, L.L.C.**

I hereby affirm that a copy of Plaintiffs' complaint, summons, and Initial Electronic Case Filing Order and ECF registration forms were served on the Registered Agent for Defendant ABZ Steel Fabrication, LLC on September 29, 2005, via overnight mail to the following address:

> Zeno Friscioni, Registered Agent
> ABZ Steel Fabrication, L.L.C.
> 13971 Teresa Drive
> Shelby Township, Michigan 48315

I declare under penalty of perjury that the foregoing is true and correct.

|  |  |
|---|---|
| Date: _Sept. 30, 2005___ | _____/s/_____<br>Brent Glodowski<br>SLEVIN & HART, P.C.<br>1625 Massachusetts Ave., N.W.,<br>Suite 450<br>Washington, D.C.  20036<br>(202) 797-8700<br><br>Paralegal |

H:\Users\BGG\150\189 (ABZ)\Affidavit of Service.wpd