

Home | About UPS | Contact UPS | Getting Started @ UPS.com

**UPS Uni**

**Tracking**

**Tracking**

Log-In  User ID:          Password:                  | Forgot Password

→ **Track by Tracking Number**
 > Track by E-mail
 > Import Tracking Numbers
→ Track by Reference Number
→ Track by Freight Tracking Number
→ Track by Freight Shipment Reference
→ Track with Quantum View
→ Sign Up for Signature Tracking
→ Void a Shipment
→ Help

**Track by Tracking Number**

**View Details**

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Sep 29, 2005 10:05 A.M. |
| **Signed by:** | FRISCONI |
| **Location:** | RECEIVER |
| **Delivered to:** | SHELBY TOWNSHIP, MI, US |
| **Shipped or Billed on:** | Sep 28, 2005 |
| **Tracking Number:** | 1Z F2R 941 01 9880 248 3 |
| **Service Type:** | NEXT DAY AIR |

**Package Progress:**

| Date/Time | Location | Activity |
|---|---|---|
| Sep 29, 2005 | | |
| 10:05 A.M. | MADISON HEIGHTS, MI, US | DELIVERY |
| 7:35 A.M. | MADISON HEIGHTS, MI, US | OUT FOR DELIVERY |
| 6:20 A.M. | MADISON HEIGHTS, MI, US | ARRIVAL SCAN |
| 6:05 A.M. | ROMULUS, MI, US | DEPARTURE SCAN |
| 4:50 A.M. | ROMULUS, MI, US | ARRIVAL SCAN |
| 3:18 A.M. | PHILADELPHIA, PA, US | DEPARTURE SCAN |
| Sep 28, 2005 | | |
| 6:34 P.M. | LANDOVER, DC, US | PICKUP SCAN |
| 4:07 P.M. | US | BILLING INFORMATI( RECEIVED |

Tracking results provided by UPS: Sep 30, 2005 4:12 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

← Back to Tracking Summary

**Hurricane Katrina Service Updates** →

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.