# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* ) ) ) ) **Plaintiffs,** ) ) v. ) ) ABZ STEEL FABRICATION, L.L.C., ) d/b/a ABZ STEEL FABRICATING, ) d/b/a ABZ STEEL FAB., ) d/b/a ABZ STEEL FAB ) ) **Defendant.** ) | Civil Action No. 1:05cv01899 |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify this 24th day of January, 2006, that I am the attorney of record for the plaintiffs in the above-entitled case; that the Defendant ABZ Steel Fabrication, L.L.C., d/b/a ABZ Steel Fabricating, d/b/a ABZ Steel Fab., d/b/a ABZ Steel Fab, was served with process via overnight mail pursuant to the provisions of Fed. R. Civ. P. Rule 4(e)(1) and DC Code sec. 13-431(a)(2), at following address.

> Zeno Friscioni, Registered Agent
> ABZ Steel Fabricating, Inc.
> 13971 Teresa Drive
> Shelby Township, MI 48315

I further certify that: no appearance has been entered by said defendant in this case; no pleading has been filed and none served upon the attorney for the plaintiffs; the time for filing has expired; and that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendants.

    /s/ Marc Rifkind_____
Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC   20036
202-797-8700  (Telephone)
202-234-8231  (Facsimile)

Counsel for Plaintiff

Dated:  1/25/06_____

H:\Clients\0150\189\AffofEOD.wpd